## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jorge Luis Ramirez Gonzalez

                        Plaintiff,

v.                                                         Case No.: 1:26–cv–00729
                                                             Honorable LaShonda A. Hunt

Samuel Olson

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Petitioner Jorge Luis Ramirez Gonzalez brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging unlawful detention during the pendency of removal proceedings. For the reasons discussed below, the Court grants Petitioner's Petition for Writ of Habeas Corpus [1] as set forth herein. Respondent is ordered to provide Petitioner with a bond hearing **by 2/9/26, or release Petitioner from custody under reasonable conditions of supervision. By 2/13/26**, the parties shall file a joint status report informing the Court as to Petitioner's release status, when Petitioner received a bond hearing, the result of the bond hearing, and any findings made by the Immigration Judge. The Clerk's office is ordered to substitute Brinson Swearingen, currently Petitioner's immediate custodian, as the Respondent, and to update the docket to reflect this change. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.